**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6957**

FRANCISCO JAVIER NARANJO,

            Petitioner - Appellant,

        v.

CECILIA REYNOLDS,

            Respondent - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  R. Bryan Harwell, District Judge.
(3:09-cv-03238-RBH)

Submitted:  October 20, 2010          Decided:  October 28, 2010

Before MOTZ, GREGORY, and DAVIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Francisco Javier Naranjo, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francisco Javier Naranjo seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2006) petition. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on March 17, 2010. The notice of appeal was filed on July 9, 2010. Because Naranjo failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2